PLAINTIFF'S FIRM INFORMATION

Attorneys for Plaintiffs,

Stacy K. Hauer
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400
612-341-0844 fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. [06-cv-2975]<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| John Cooper,<br>            Plaintiff,<br>vs.<br>Pfizer Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JOHN COOPER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1 | DATED: 11/17, 2009    PLAINTIFF'S LAW FIRM

2

3 | By: _____
Stacy K. Hauer
Attorneys for Plaintiffs, John Cooper

4

5 | DATED: Dec. 22, 2009    DLA PIPER LLP (US)

6

7 | By: _____
Michelle W. Sadowsky
Attorneys for Defendants

8

9

10

11 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13 | Dated: JAN - 4 2010

14 | Hon. Charles R. Breyer
United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28